CLARA DUVAL, as Administratrix of the Estate of ALFRED DUVAL, Deceased, Respondent, *v.* RACQUETTE RIVER PAPER COMPANY, Appellant.

*Duval* v. *Racquette River Paper Co.*, 117 App. Div. 913, affirmed.
(Argued December 18, 1907; decided January 7, 1908.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered February 11, 1907, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover for the death of plaintiff's intestate, alleged to have occurred through defendant's negligence.

*D. B. Lucey* for appellant.

*Ledyard P. Hale* and *William H. McCormick* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, WERNER. WILLARD BARTLETT and HISCOCK, JJ.